```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| L.M., PARENT AND EDUCATIONAL DECISION MAKER FOR Q.G., AND Q.G. | : : : : | CIVIL ACTION |
| v. | : : | |
| LOWER MERION SCHOOL DISTRICT | : : | NO. 10-4855 |

## ORDER

AND NOW, this 7th day of January, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the motion of defendant to dismiss the claim of plaintiffs related to the settlement agreement for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure is GRANTED;

(2) the motion of defendant to dismiss the claim of plaintiffs related to racial discrimination for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure is GRANTED; and

(3) the remainder of the complaint is DISMISSED as unopposed.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                   C.J.